Nicro Gary Gregory Lopnykowski and
Kathleen Stenson                                Adv Proc No: **15 - 659**
_____
Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, _____ **Mark Roth** _____, certify that service of this summons and a copy of the
complaint was made _____ 9/18/2015 _____ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to: Penelope Bach, Sulaiman Law Group, Ltd., 900 Jorie Blvd., Ste. 150, Oak Brook, IL
Andrew Maxwell, Maxwell & Potts, LLC, 105 W. Adams, St., Ste. 3200, Chicago, IL
Patrick Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Rm. 873, Chicago, IL

☐ Personal Service: By leaving the process with the defendant or with an officer or
agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process
by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of
as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I
further certify that I am, and at all times during the service of process was, not less than 18 years of
age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ 9/18/2015 _____        Signature /s/ Mark Roth/ _____

Print Name: _____ Mark Roth _____

Business Address: Orum & Roth, LLC
53 W. Jackson Blvd., Ste. 1315, Chicago, IL

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **15−26688**
**GREGORY L. LEWANDOWSKI AND KATHLEEN A. STENSON**

                                                                        Debtor

Adversary Proceeding No. **15−00659**
**NICOR GAS**

                                                                        Plaintiff

v.

**GREGORY L. LEWANDOWSKI**
**KATHLEEN A. STENSON**

                                                                        Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

To: GREGORY L. LEWANDOWSKI

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Mark D. Roth**<br>**53 W. Jackson Suite 1315**<br>**Chicago, IL 60604** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 742**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**10/28/2015 at 10:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
09 / 18 / 2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **15‑26688**
**GREGORY L. LEWANDOWSKI AND KATHLEEN A. STENSON**

Debtor

Adversary Proceeding No. **15‑00659**
**NICOR GAS**

Plaintiff

v.

**GREGORY L. LEWANDOWSKI**
**KATHLEEN A. STENSON**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

To: KATHLEEN A. STENSON

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Mark D. Roth** <br> **53 W. Jackson Suite 1315** <br> **Chicago, IL 60604** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 742** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **10/28/2015 at 10:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
09/18/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012